IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDY PRUDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO.   11-1038-SCW |
| ) | |
| KIEFFER BROTHERS CONSTRUCTION, INC., ) | |
| et al., ) | |
| ) | |
| Defendant. | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Stephen C. Williams on March 22, 2013 (Doc. 114) the above-captioned action is **DISMISSED** with prejudice.

**Dated:**   May 23, 2013

                                                      Nancy J. Rosenstengel, Clerk of Court

                                                      By: **S/Angie Vehlewald**
                                                                     Deputy Clerk

**Approved: s/Stephen C. Williams**
              Stephen C. Williams
              United States Magistrate Judge